1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8          IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.   2:13-SW-602 AC

12                  Plaintiff,
                                        [PROPOSED] ORDER TO UNSEAL SEARCH
13          v.                          WARRANT AND SEARCH WARRANT
                                        AFFIDAVIT
14 3734 Laurel Street, Shasta Lake, CA

15

16     The government's request to unseal the Search Warrant and this case is GRANTED.

17

18 Dated:

19    1-15-2014                         _____
                                        HON. EDMUND F. BRENNAN
20                                      U.S. Magistrate Judge

21

22

23

24

25

26

27

28

**FILED**

JAN 1 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
          DEPUTY CLERK